IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL DIVISION

LORI MAIER and JAMES MAIER,
Personally and on behalf of B.T., minor child

Plaintiffs,

vs.                                    No.    08-0154

CANON MCMILLAN SCHOOL            Honorable Gary L. Lancaster
DISTRICT, LINDA NICHOLS,
MICHELE MOELLER,
EUGENE BOOKLITNER,
DR. NICK BAYAT,
JUSTIN BEDILION,

Defendants.

AND NOW, THIS 31st DAY OF March, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS GRANTED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

## STIPULATION TO WITHDRAW DEFAULT JUDGMENT ENTERED AGAINST CANON MCMILLAN SCHOOL DISTRICT

The Plaintiffs hereby submit this Stipulation To Withdraw Default Judgment Entered Against Canon McMillan School District with regard to the above-captioned matter, pursuant to Fed. R. Civ. P. 55 and 60(b). All of the parties hereby stipulate to said withdrawal, as evidenced by the signatures of their undersigned counsel. The parties hereto further stipulate that Canon McMillan School District, Michelle Moeller and Dr. Nick Bayat shall respond to Plaintiffs' Complaint on or before Monday, April 14, 2008.

/s/ Matthew A. Keranko, Esquire
Matthew A. Keranko, Esquire
**Keranko & Jeffries, LLC**
30 South Main Street, Suite 102
Washington, PA 15301

Counsel for Plaintiffs, Lori Maier and
James Maier

Dated: _____March 31, 2008_____

/s/ Susan T. Roberts, Esquire
Susan T. Roberts, Esquire
**Peacock Keller & Ecker, LLP**
70 East Beau Street
Washington, PA 15301

Counsel for Defendant, Canon
McMillan School District,
Michelle Moeller and
Dr. Nick Bayat

Dated: _____March 31, 2008_____