IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI MAIER and JAMES MAIER, PERSONALLY AND ON BEHALF OF B.T., MINOR CHILD, Plaintiffs, v. CANON MCMILLAN SCHOOL DISTRICT, et al., Defendants. | Civil Action No. 08-0154 |

ORDER

AND NOW, this 6 day of June, 2008, upon consideration of defendants' motion to dismiss [doc. no. 22], IT IS HEREBY ORDERED that the motion is DENIED WITHOUT PREJUDICE to defendants' right to renew the motion pending completion of alternative dispute resolution. Defendants shall have fourteen days in which to answer the complaint.

BY THE COURT:

_____, J.

cc: All Counsel of Record