N:\WPDATA\SCS\T-Z\29234fga.p16 (rev. 10/2/08 )

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CIVIL DIVISION

| | |
|---|---|
| LORI MAIER and JAMES MAIER, Personally and on behalf of B.T. a minor child, <br><br> Plaintiffs, <br><br> vs. <br><br> CANON MCMILLAN SCHOOL DISTRICT, and LINDA NICHOLS, in her individual and official capacity as former Principal of Canon McMillan School District and, MICHELLE MOELLER, in her individual and official capacity as softball coach of Canon Mcmillan Varsity Team, and EUGENE BOOKLITNER, in his individual and official capacity as former Superintendent of the Canon McMillan School District, and DR. NICK BAYAT, in his individual and official capacity as Superintendent of the Canon McMillan School District, and JUSTIN BEDILION, in his individual and official capacity as employee and volunteer softball coach of the Canon McMillan School District. <br><br> Defendants. | No. 08-0154 |

## ORDER

And now this __14th__ day of __Jan__, 2009, upon consideration of the Motion to Compel filed by Defendants Canon McMillan School District, Linda Nichols, Michelle Moeller, Eugene Buchleitner, and Dr. Nick Bayat, it is hereby ordered that Plaintiffs shall serve Initial

Disclosures pursuant to Rule 26(a) and shall provide full and complete responses to the discovery requests of Defendants to correct the deficiencies outlined in paragraphs 8(a) through (h) of Defendants' Motion to Compel. Plaintiffs shall further provide signed discovery responses in accordance with the Federal Rules of Civil Procedure. Plaintiffs shall comply as set forth herein within 5 days of the date of this order or suffer sanctions as deemed appropriate by the Court.

By the Court,

/s/ [signature], J.