IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI MAIER and JAMES MAIER, personally and on behalf of B.T. a minor child,<br>    Plaintiffs,<br><br>    v.<br><br>CANON MCMILLAN SCHOOL DISTRICT, and LINDA NICHOLS, in her individual and official capacity as former Principal, and MICHELE MOELLER, in her individual and official capacity as softball coach of Canon McMillan High School Varsity Team, and EUGENE BOOKLITNER, in his individual and official capacity as former Superintendent, and DR. NICK BAYAT, in his individual and official capacity as Super-intendent, and JUSTIN BEDILION, in his individual and official capacity as employee and and volunteer softball coach,<br>    Defendants. | Civil Action No. 08-0154 |

**O R D E R**

AND NOW, this 18th day of May, 2009, IT IS HEREBY ORDERED that the Court's Final Scheduling Order, dated January 25, 2009, is hereby amended as follows:

1) Any reply to a response to a motion for summary judgment shall be due on or before June 24, 2009.

IT IS FURTHER ORDERED that all other deadlines in the Court's order dated January 25, 2009, shall remain in full force and effect.

BY THE COURT:

s/Gary L. Lancaster          , J.
Hon. Gary L. Lancaster,
United States District Judge

Dated: May 18, 2009

cc: All Counsel of Record