IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL DIVISION

| | |
|---|---|
| LORI MAIER and JAMES MAIER, Personally and on behalf of B.T. a minor, | No. 08-0154 |
| Plaintiffs, | Electronically Filed The Honorable Gary L. Lancaster |
| vs. | |
| CANON McMILLAN SCHOOL DISTRICT, et al., | |
| Defendants, | |

## ORDER OF COURT

AND NOW this 19 day of March, 2010, upon consideration of Plaintiffs' Motion to Amend Caption Changing B.T.'s Status as Minor Plaintiff,

IT IS HEREBY ORDERED that the motion is GRANTED. The caption in the instant case is hereby amended to name B.T. as an adult individual under the name of Brittany Toplisek.

BY THE COURT:

_/s/ Gary L. Lancaster_
Gary L. Lancaster, Chief Judge