IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LORI MAIER and JAMES MAIER,
Personally and on behalf of B.T., minor child,

        Plaintiffs,

vs.

CANON MCMILLAN SCHOOL DISTRICT, et al.,
        Defendants.

No. 08-0154

### STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby dismiss the above captioned case against the Defendants, Canon McMillan School District, Dr. Nick Bayat, Linda Nichols, Michele Moeller and Eugene Booklitner, with prejudice. The signatures of counsel of record of all remaining parties are set forth below.

SO ORDERED, this 26 day of August, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief
U.S. District Judge

Respectfully submitted,

By: /s/ Matthew A. Keranko
PA ID No: 94368
mkeranko@kjlawllc.com
**Keranko & Jeffries**
30 South Main Street, Suite 102
Washington, PA 15301
(724) 225-6780
Fax (724) 225-1730

By: /s/ Susan T. Roberts
Susan T. Roberts, Esquire
Attorney for Defendants, Canon McMillan School District, Dr. Nick Bayat, Linda Nichols, Michele Moeller and Eugene Booklitner
Pa I.D. No. 66758
sroberts@peacockkeller.com
70 East Beau Street
Washington, PA 15301
(724) 222-4520
Fax: (724) 222-3318
Firm I.D. 807